UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13041-RWZ

THOMAS J. SCALA

v.

FEDEX FREIGHT, INC.

ORDER

June 26, 2017

ZOBEL, S.D.J.

Before me is defendant FedEx Freight's motion for summary judgment. Docket # 31. Plaintiff Thomas J. Scala requested, inter alia, GPS data for defendant's "road" drivers.

Defendant shall produce for plaintiff and the court GPS data for all "road" drivers for the day in question, January 7, 2014, from 9:00 am until 3:00 pm, within three weeks of the date of this order.

|  |  |
|---|---|
| June 26, 2017 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | SENIOR UNITED STATES DISTRICT JUDGE |